ostkmtx7 (04/10)



In Re:  **Jason Daniels**

Case No.:  **10–00799**
Chapter:  **7**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

### ORDER STRIKING MATRIX AND TO SHOW
### CAUSE WHY CASE OUGHT NOT BE DISMISSED
======================================

   The debtor having failed to comply with this court's 8/16/2010 Order to Show Cause Why Matrix Ought Not be Stricken for Failure to File a Mailing Matrix Verification (Dkt. No. 6), it is hereby

   ORDERED that the debtor's Mailing Matrix (Dkt. No. 1) is STRICKEN. It is further

   ORDERED that within 7 days of the entry of this order the debtor(s) shall file a mailing matrix. It is further

   ORDERED that within 14 days of the entry of this order the debtor(s) or any party in interest shall show cause, by a writing filed with this court, why this case ought not be dismissed if the debtor(s) fails to file a mailing matrix within 7 days of service of this order.

Copies to:

Debtor(s)
Attorney for the Debtor(s) (if any)
Chapter 7 Trustee
Office of the U.S. Trustee

_____

For the Court:
Clerk of the Court

Dated:  8/25/10

By:
am