The order below is hereby signed.

Signed: August 26, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
JASON DANIELS,                     )    Case No. 10-00799
                                   )    (Chapter 7)
         Debtor.                   )

ORDER TO FILE AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY
FOR DEBTOR OR SHOW CAUSE WHY COURT OUGHT NOT ORDER FEES DISGORGED

On August 13, 2010, the debtor's attorney filed a Disclosure of Compensation for Attorney of Debtor (Dkt. No. 3). The disclosure, however, failed to disclose the source of the compensation paid to her. On August 16, 2010, the clerk issued the debtor's attorney a notice advising her of this deficiency and directing her to file an amended disclosure statement by August 19, 2010. To date, the deficiency remains uncorrected.

Under § 329(a) of the Bankruptcy Code, "Any attorney representing a debtor in a case under this title . . . shall file with the court a statement of the compensation paid or agreed to be paid . . . and the source of such compensation." The debtor's attorney having failed to comply with this provision, it is

ORDERED that within 7 days of the entry of this order, the

debtor's attorney shall file an amended disclosure of compensation to indicate the source of the compensation paid to her, or show cause, by a writing filed with this court, why the court ought not order the debtor's attorney to disgorge fees for failure to comply with § 329(a)'s disclosure requirements.

[Signed and dated above.]

Copies to: Debtor; Debtor's Attorney; Chapter 7 Trustee; Office of the United States Trustee.