# Motion to release attorney

Case No: 10-00799
Chap 7

I Jayson L Daniels am requesting to release my attorney Sheron Barton I am requesting this due to the following.

1. Ms Barton was given all necessary documents prior to filing of the bankruptcy. Thus she has not filed any of the necessary documents pertaining to my case.
2. My name and address were incorrectly placed on file when the bankruptcy was filed.
3. Ms. Barton delayed the filing of my bankruptcy around her own timing. I was promised in the beginning of July; that she has all my documents in hand that it would take two weeks to file and that it was already partially started. It took her a month and a half to do the filing of my bankruptcy. Thus in fact causing me to go into further debt with a garnishment.
4. Ms. Barton has had no communication with me after numerous phone calls to her, regarding notices I have received from the courts stating that important documents were not filed when in fact she has had everything in hand since originally hiring Ms. Barton back in March of this year.

In this same motion I am asking for an extension of 341 meeting so I can find time to hire another attorney so I can complete my bankruptcy.

**FILED**

SEP 13 2010

Clerk, U.S. District and
Bankruptcy Courts

_____
Jayson L Daniels
1364 Quincy St NW
Washington DC, 20011