The order below is hereby signed.

Signed: September 14, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
JASON DANIELS,                     )    Case No. 10-00799
                                   )    (Chapter 7)
          Debtor.                  )

## ORDER TO DISGORGE FEES

Attorney Sheron A Barton having failed to either file a Rule 2016(b) statement or to show cause, as directed by this court's August 27, 2010, Order To File Amended Disclosure of Compensation for Debtor or Show Cause Why Court Ought Not Order Fees Disgorged (Dkt. No. 18), it is hereby

ORDERED that within 14 days of the entry of this order attorney Sheron Barton shall disgorge any and all fees paid to her by the debtor or on the debtor's behalf in relation to the above-captioned chapter 7 case and file a statement with this court demonstrating her compliance with this order.

[Signed and dated above.]

Copies to: Debtor; Debtor's Attorney **(by first class mail)**; Chapter 7 Trustee; Office of the United States Trustee.