UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

In re                                    *
                                         * Chapter 7 10-00799
Jayson Daniels                           *
                                         *

ANSWER TO THE MOTION TO RELEASE ATTORNEY AND ANSWER TO THE COURT'S REQUEST TO DISGORGE FEES

I the attorney, Sheron Barton Esq. for the debtor Jayson Daniels files this motion with the court to state that Mr. Daniels, as recently come to my full attention, engages in mistruths to get out of paying debt. I filed and successfully completed the bankruptcy Chapter 7 of his live in partner, Mr. John Hooth recently so Mr. Jayson Daniels knows I am able to file and complete Chapter 7 bankruptcies effectively.

The relief I am seeking is that the court ORDER Mr. Jayson Daniels to pay the remainder of his Chapter 7 debt, for the reasons as follows:

1. Mr. Daniels has a record of making up reasons to not pay bills, as evidenced by his latest excuse.

2. The total fee charged to Mr. Daniels for his Chapter 7 case was $1500 (one thousand five hundred dollars) , a lower price than most local attorneys. He was on a payment plan and has thus far only paid me $750.00.

3. As stated I successfully completed the Chapter 7 case of his live in partner, Mr. John Hooth, recently, so he had no reason to believe his case would not be completed.

4. I assured Mr. Daniels that his name would be corrected and all corrections made to his filing before his discharge.

5. Mr. Daniels is using reasons to avoid paying his Chapter 7 bankruptcy bill, which should have been paid up front.

...tience and assumes that everything has to be done to ... nd not anyone else's.

6. Mr. Daniels is willing to release himself from all the help I have given him thus far to avoid payment which was promised before the Meeting of the Creditor's.

For the reasons above I kindly request this court to not allow Mr. Jayson Daniels to use reasons that were promised to be corrected as a way to not pay all of hs legal bills which were due in full before his meeting of the creditors this week.

Respectfully,

/s/Sheron Barton Esq.