The order below is hereby signed.

Signed: September 24, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                              )
                                   )
JAYSON L. DANIELS,                 )    Case No. 10-00799
                                   )    (Chapter 7)
           Debtor.                 )
```

ORDER STRIKING DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

The debtor's attorney having failed to sign the Disclosure of Compensation of Attorney for Debtor, it is

ORDERED that the Disclosure (Dkt. No. 37) is STRICKEN.

[Signed and dated above.]

Copies to: Debtor; Chapter 7 Trustee; Office of United States Trustee.