The order below is hereby signed.

Signed: September 27, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| JAYSON L. DANIELS, | ) | Case No. 10-00799 |
| | ) | (Chapter 7) |
| Debtor. | ) | |

ORDER DISCHARGING ORDER TO SHOW CAUSE

On August 25, 2010, the court entered an order striking the debtor's mailing matrix for lack of a proper verification, and to show cause why the case ought not be dismissed (Dkt. No. 17). The debtor having filed the verification, as required, it is

ORDERED that the order to show cause (Dkt. No. 17) is DISCHARGED.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Chapter 7 Trustee; Office of United States Trustee.