UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

IN Re:                                                *

Jayson Daniels                           *case no. 10-00799

                                                           *

EMERGENCY OBJECTION TO THE MEMORANDUM DECISION AND ORDER RE: MOTION TO RELEASE ATTORNEY AND ATTORNEY'S RESPONSE TO DISGORGEMENT OF FEES

COMES NOW, attorney Sheron Barton Esq. for the debtor, Jayson Daniels, whom respectfully requests this court to reconsider it's decision in the Memorandum Decision and Order re: Motion to Release the attorney and attorney's response, for the reasons as follows:

1. You are allowing the debtor to have a Chapter 7 case done by an attorney for around $450, because that is all received minus the filing fee.

2. This decision could result in hardship for other attorney's who really want to help clients.

3. In issuing the debtor a release and allowing him not to pay his full attorney's fee, the court will encourage debtor's to not pay their bills. This is severly predjudicial to attorney's.

4. The $750.00 balance owed should not be conditioned on extra work done afterward because the case is not over and the total $1500 is a flat fee, due up front.

5. As stated , the fee of $1500 is the flat fee in which the debtor should have paid at the beginning of the case.

6. The fact that the $750.00 is owed on the debtor's account is only due to the attorney giving the debtor a break and time to pay, ie. "payment plan".

7. If the court continues to allow debtor's to not pay the balance of their legal fees, which were owed ahead of time, it will encourage debtor's to not pay their fees.

8. Debtor, has no cause whatsoever , to release me as attorney, except the fact that the debtor, is trying to avoid paying the balance of his previously owed flat fee.

9. As stated, debtor had no reason to disapprove of his attorney's representation because debtor's attorney represented his roommate successfully in a previous bankruptcy case.

10. Debtor's attorney Sheron barton Esq. was hit by a car in the past and had to adhere to recent strict deadlines in defending herself in an extensive recent personal injury case, which affected her other case deadlines.

11. Debtor's attorney has the assistance of a paralegal to help her in the future should such scheduling conflicts happen.

I would encourage the court to strongly reconsider this decision, as it discourages attorney's to assist clients with ongoing payment plans .

Respectfully,

Sheron Barton Esq. /s/