Georgetown University                                                   November 22

**FILED**

**NOV 23 2010**          **Employee Services**

Clerk, U.S. District and                          **Log Out ▶**
Bankruptcy Courts

Main Menu ▶  Employee Menu ▶  Payroll Information ▶  Payments ▶ Details for pay date 2010-08-13

# details for pay date 2010-08-13

**Name:** DANIELS, JAYSON L
**Taxable Gross:** 1,555.21          **Total Deductions:** 1,096.35          **Net Pay:** 458.86

| EARNINGS | HOURS | AMOUNT | Y-T-D |
|---|---|---|---|
| HOLIDAY | | 0.00 | 1,214.64 |
| LEAVE | | 0.00 | 1,366.48 |
| LEAVE UN | | 0.00 | 384.47 |
| OVERTIME | 13.50 | 341.69 | 1,284.50 |
| PAY ADV | | 0.00 | 1,079.68 |
| REGULAR | 80.00 | 1,349.60 | 18,341.94 |

# indicates a non-wage payment

| PRE-TAX DEDUCTIONS | AMOUNT | Y-T-D |
|---|---|---|
| TC BAS** | 16.74- | 223.65- |
| VANBAS** | 17.25- | 230.44- |
| FIDBAS** | 16.74- | 223.65- |
| VISION * | 3.09- | 46.35- |
| MEDICAL* | 42.32- | 634.80- |
| DENTAL * | 15.44- | 231.60- |
| PARKING* | 24.50- | 367.50- |

* exempt from federal, social security, medicare, and state taxes
** exempt from federal and state taxes

| TAXES | AMOUNT | Y-T-D |
|---|---|---|
| MEDICARE | 23.29 | 309.02 |
| SOC SEC | 99.57 | 1,321.33 |
| FED. TAX | 46.50 | 265.39 |
| DC State | 79.89 | 928.85 |

| POST-TAX DEDUCTIONS | AMOUNT | Y-T-D |
|---|---|---|
| GARNISH1 | 360.51 | 947.00 |
| ADVANCE | 0.00 | 1,079.68 |
| LIFE INS | 6.84 | 102.60 |
| DISABLTY | 3.56 | 53.40 |
| AD&D | 7.50 | 112.50 |
| DIR DEP1 | 454.50 | 1,185.55 |
| DIR DEP2 | 14.19 | 708.70 |

| DIRECT DEPOSIT ACCOUNTS | AMOUNT |
|---|---|
| XXXXXX4543 | 458.86 |
| XXXXXX9405 | 454.50 |

1 of 2                                                                  11/22/2010 4:01 PM

Georgetown University                                              November 22

# Employee Services
## Log Out ▶

0 DWWJ0 HCX▶ (P S(R HH0 HCX)▶ 3 D\ UR(Q) C PUP D\PC)▶ 3 D\ PH(QV)▶ Details for pay date 2010-07-30

# details for pay date 2010-07-30

**Name:** DANIELS, JAYSON L
**Taxable Gross:** 1,150.26          **Total Deductions:** 491.60          **Net Pay:** 658.66

| EARNINGS | HOURS | AMOUNT | Y-T-D |
|---|---|---|---|
| HOLIDAY |  | 0.00 | 1,214.64 |
| LEAVE |  | 0.00 | 1,366.48 |
| LEAVE UN | 3.79 | 63.94 | 384.47 |
| OVERTIME | 8.00 | 202.48 | 942.81 |
| PAY ADV |  | 0.00 | 1,079.68 |
| REGULAR | 54.50 | 919.42 | 16,992.34 |

\# indicates a non-wage payment

| PRE-TAX DEDUCTIONS | AMOUNT | Y-T-D |
|---|---|---|
| TC BAS** | 11.74- | 206.91- |
| VANBAS** | 12.10- | 213.19- |
| FIDBAS** | 11.74- | 206.91- |
| VISION * | 0.00 | 43.26- |
| MEDICAL* | 0.00 | 592.48- |
| DENTAL * | 0.00 | 216.16- |
| PARKING* | 0.00 | 343.00- |

\* exempt from federal, social security, medicare, and state taxes
\*\* exempt from federal and state taxes

| TAXES | AMOUNT | Y-T-D |
|---|---|---|
| MEDICARE | 17.19 | 285.73 |
| SOC SEC | 73.52 | 1,221.76 |
| FED. TAX | 25.00 | 218.89 |
| VA State | 49.60 | 848.96 |

| POST-TAX DEDUCTIONS | AMOUNT | Y-T-D |
|---|---|---|
| GARNISH1 | 255.13 | 586.49 |
| ADVANCE | 0.00 | 1,079.68 |
| LIFE INS | 0.00 | 95.76 |
| DISABLTY | 0.00 | 49.84 |
| AD&D | 0.00 | 105.00 |
| DIR DEP1 | 36.49 | 731.05 |
| DIR DEP2 | 34.67 | 694.51 |

| DIRECT DEPOSIT ACCOUNTS | AMOUNT |
|---|---|
| XXXXXX4543 | 658.66 |
| XXXXXX8453 | 36.49 |

| XXXXXX5013 | 34.67 |
|---|---|

Georgetown University                                                    November 22

# Employee Services
## Log Out ▶

0 DWWJ0 HX▶ ( PSH H0 HX▶ 3D UQ QRUP DPO▶ 3D PHQW▶ Details for pay date 2010-07-16

# details for pay date 2010-07-16

**Name:** DANIELS, JAYSON L
**Taxable Gross:** 1,397.66　　　**Total Deductions:** 635.10　　　**Net Pay:** 762.56

| EARNINGS | HOURS | AMOUNT | Y-T-D |
|---|---|---|---|
| HOLIDAY | 8.00 | 134.96 | 1,214.64 |
| LEAVE |  | 0.00 | 1,366.48 |
| LEAVE UN |  | 0.00 | 320.53 |
| OVERTIME | 6.75 | 170.84 | 740.33 |
| PAY ADV |  | 0.00 | 1,079.68 |
| REGULAR | 72.50 | 1,223.08 | 16,072.92 |

# indicates a non-wage payment

| PRE-TAX DEDUCTIONS | AMOUNT | Y-T-D |
|---|---|---|
| TC BAS** | 15.14- | 195.17- |
| VANBAS** | 15.59- | 201.09- |
| FIDBAS** | 15.14- | 195.17- |
| VISION * | 3.09- | 43.26- |
| MEDICAL* | 42.32- | 592.48- |
| DENTAL * | 15.44- | 216.16- |
| PARKING* | 24.50- | 343.00- |

* exempt from federal, social security, medicare, and state taxes
** exempt from federal and state taxes

| TAXES | AMOUNT | Y-T-D |
|---|---|---|
| MEDICARE | 20.93 | 268.54 |
| SOC SEC | 89.50 | 1,148.24 |
| FED. TAX | 29.19 | 193.89 |
| VA State | 63.83 | 799.36 |

| POST-TAX DEDUCTIONS | AMOUNT | Y-T-D |
|---|---|---|
| GARNISH1 | 331.36 | 331.36 |
| ADVANCE | 0.00 | 1,079.68 |
| LIFE INS | 6.84 | 95.76 |
| DISABLTY | 3.56 | 49.84 |
| AD&D | 7.50 | 105.00 |
| DIR DEP1 | 42.25 | 694.56 |
| DIR DEP2 | 40.14 | 659.84 |

| DIRECT DEPOSIT ACCOUNTS | AMOUNT |
|---|---|
| XXXXXX4543 | 762.56 |
| XXXXXX8453 | 42.25 |

| | |
|---|---|
| XXXXXX5013 | 40.14 |

**Georgetown University**                                          November 22

# Employee Services
### Log Out ▶

O DWWJO HQX▶  ( PSOA HHO HOX)▶  3 D\ UPOO Q RUP DWAO▶  3 D\ PHOW▶ Details for pay date 2010-07-02

# details for pay date 2010-07-02

**Name:** DANIELS, JAYSON L
**Taxable Gross:** 1,389.49    **Total Deductions:** 333.50    **Net Pay:** 1,055.99

| EARNINGS | HOURS | AMOUNT | Y-T-D |
|---|---|---|---|
| HOLIDAY | | 0.00 | 1,079.68 |
| LEAVE | 6.50 | 109.66 | 1,366.48 |
| LEAVE UN | | 0.00 | 320.53 |
| OVERTIME | 6.75 | 170.84 | 569.49 |
| PAY ADV | | 0.00 | 1,079.68 |
| REGULAR | 73.50 | 1,239.95 | 14,849.84 |

# indicates a non-wage payment

| PRE-TAX DEDUCTIONS | AMOUNT | Y-T-D |
|---|---|---|
| TC BAS** | 15.05- | 180.03- |
| VANBAS** | 15.51- | 185.50- |
| FIDBAS** | 15.05- | 180.03- |
| VISION * | 3.09- | 40.17- |
| MEDICAL* | 42.32- | 550.16- |
| DENTAL * | 15.44- | 200.72- |
| PARKING* | 24.50- | 318.50- |

\* exempt from federal, social security, medicare, and state taxes
\*\* exempt from federal and state taxes

| TAXES | AMOUNT | Y-T-D |
|---|---|---|
| MEDICARE | 20.81 | 247.61 |
| SOC SEC | 88.98 | 1,058.74 |
| FED. TAX | 28.37 | 164.70 |
| VA State | 63.36 | 735.53 |

| POST-TAX DEDUCTIONS | AMOUNT | Y-T-D |
|---|---|---|
| ADVANCE | 0.00 | 1,079.68 |
| LIFE INS | 6.84 | 88.92 |
| DISABLTY | 3.56 | 46.28 |
| AD&D | 7.50 | 97.50 |
| DIR DEP1 | 58.50 | 652.31 |
| DIR DEP2 | 55.58 | 619.70 |

| DIRECT DEPOSIT ACCOUNTS | AMOUNT |
|---|---|
| XXXXXX4543 | 1,055.99 |
| XXXXXX8453 | 58.50 |
| XXXXXX5013 | 55.58 |

**Georgetown University**   November 22

# Employee Services
## Log Out ▶

Details for pay date 2010-06-18

# details for pay date 2010-06-18

**Name:** DANIELS, JAYSON L
**Taxable Gross:** 1,369.03    **Total Deductions:** 327.13    **Net Pay:** 1,041.90

| EARNINGS | HOURS | AMOUNT | Y-T-D |
|---|---|---|---|
| HOLIDAY | 8.00 | 134.96 | 1,079.68 |
| LEAVE |  | 0.00 | 1,256.82 |
| LEAVE UN |  | 0.00 | 320.53 |
| OVERTIME | 5.75 | 145.53 | 398.65 |
| PAY ADV |  | 0.00 | 1,079.68 |
| REGULAR | 72.25 | 1,218.86 | 13,609.89 |

# indicates a non-wage payment

| PRE-TAX DEDUCTIONS | AMOUNT | Y-T-D |
|---|---|---|
| TC BAS** | 14.84- | 164.98- |
| VANBAS** | 15.29- | 169.99- |
| FIDBAS** | 14.84- | 164.98- |
| VISION * | 3.09- | 37.08- |
| MEDICAL* | 42.32- | 507.84- |
| DENTAL * | 15.44- | 185.28- |
| PARKING* | 24.50- | 294.00- |

\* exempt from federal, social security, medicare, and state taxes
\*\* exempt from federal and state taxes

| TAXES | AMOUNT | Y-T-D |
|---|---|---|
| MEDICARE | 20.50 | 226.80 |
| SOC SEC | 87.66 | 969.76 |
| FED. TAX | 26.33 | 136.33 |
| VA State | 62.18 | 672.17 |

| POST-TAX DEDUCTIONS | AMOUNT | Y-T-D |
|---|---|---|
| ADVANCE | 0.00 | 1,079.68 |
| LIFE INS | 6.84 | 82.08 |
| DISABLTY | 3.56 | 42.72 |
| AD&D | 7.50 | 90.00 |
| DIR DEP1 | 57.72 | 593.81 |
| DIR DEP2 | 54.84 | 564.12 |

| DIRECT DEPOSIT ACCOUNTS | AMOUNT |
|---|---|
| XXXXXX4543 | 1,041.90 |
| XXXXXX8453 | 57.72 |
| XXXXXX5013 | 54.84 |

Georgetown University                                                November 22

# Employee Services
Log Out ▶

0DVVMUO HQX ▶ ( PSOR HH0 HQX ▶ 3D\UROO QIRUP DWLRQ ▶ 3D\P HQWV ▶ Details for pay date 2010-06-04

## details for pay date 2010-06-04

**Name:** DANIELS, JAYSON L
**Taxable Gross:** 1,223.76     **Total Deductions:** 280.37     **Net Pay:** 943.39

| EARNINGS | HOURS | AMOUNT | Y-T-D |
|---|---|---|---|
| HOLIDAY | | 0.00 | 944.72 |
| LEAVE | 6.50 | 109.65 | 1,256.82 |
| LEAVE UN | | 0.00 | 320.53 |
| OVERTIME | | 0.00 | 253.12 |
| PAY ADV | | 0.00 | 1,079.68 |
| REGULAR | 73.50 | 1,239.95 | 12,391.03 |

# indicates a non-wage payment

| PRE-TAX DEDUCTIONS | AMOUNT | Y-T-D |
|---|---|---|
| TC BAS** | 13.36- | 150.14- |
| VANBAS** | 13.77- | 154.70- |
| FIDBAS** | 13.36- | 150.14- |
| VISION * | 3.09- | 33.99- |
| MEDICAL* | 42.32- | 465.52- |
| DENTAL * | 15.44- | 169.84- |
| PARKING* | 24.50- | 269.50- |

\* exempt from federal, social security, medicare, and state taxes
\*\* exempt from federal and state taxes

| TAXES | AMOUNT | Y-T-D |
|---|---|---|
| MEDICARE | 18.33 | 206.30 |
| SOC SEC | 78.39 | 882.10 |
| FED. TAX | 10.00 | 110.00 |
| VA State | 53.83 | 609.99 |

| POST-TAX DEDUCTIONS | AMOUNT | Y-T-D |
|---|---|---|
| ADVANCE | 0.00 | 1,079.68 |
| LIFE INS | 6.84 | 75.24 |
| DISABLTY | 3.56 | 39.16 |
| AD&D | 7.50 | 82.50 |
| DIR DEP1 | 52.27 | 536.09 |
| DIR DEP2 | 49.65 | 509.28 |

| DIRECT DEPOSIT ACCOUNTS | AMOUNT |
|---|---|
| XXXXXX3962 | 943.39 |
| XXXXXX8453 | 52.27 |
| XXXXXX5013 | 49.65 |

Case 10-00799    Doc 63    Filed 11/23/10    Entered 11/24/10 10:46:23    Desc Main
            Document      Page 11 of 11