Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

Bankruptcy Court
rt for the District of Columbia (Washington, D.C.

**Bankruptcy Petition #: 10-00799**

| | |
|---|---|
| **Jayson L. Daniels** | * |
| 12225 Creekview Circle | *Chapter 7-10-00799 |
| Apt. 404 | * |
| Woodbridge, VA 22192 | * |
| SSN / ITIN: xxx-xx-9944 | * |

<u>NOTICE</u>

Attorney, Sheron Barton Esq. gives notice to this court that debtor Jayson Daniels has paid only $450 ($1) of his total bankruptcy fee of $1,500 (one thousand five hundred dollars). He has paid nothing else and I have not heard anything from him. Additionally, my proof of claim for the balance was denied by the court.

Furthermore, Jayson Daniels, has been filing documents on his own (unsure how he is doing this) in the electronic court system. Some documents especially after November 15, 2010 and before after my Motion to withdraw as his attorney, I have NOT filed electronically on his behalf.

He has filed his change of address and financial management course documents. I do not know how he is getting into the system to do this.

Respectfully,

/s/Sheron Barton Esq.