UNITED STATES BANKRUPTCY COURT FOR DISTRICT OF COLUMBIA

IN RE: *

Jayson Daniels *Chapter 7-10-00799

Debtor *

*

MOTION TO RECONSIDER DECISION TO DISGORGE FEES IN THIS CASE

AND ATTORNEY AFFIDAVIT

Attorney, Sheron Barton upon the decision of the hearing dated November 30, 2010 , requests that this court reconsider it's decision made to disgorge the attorney fee paid of $450 and one dollar in this case.

Attorney, requests this court to reconsider for the reasons as follows:

1. Attorney filed this case to assist the client whose wages were being garnished. *See attached email chain.*

2. Attorney certifies that attached email chain is a true and correct record of the electronic conversation with Mr. Daniels.

3. Client, Jason Daniels continuously called client stating that if the case was not filed in time he could be forced to move and that he had no money because his wages are being garnished.

4. The reasoning used at the hearing to disgorge fees was partly because no schedule J was filed and that there were corrections needed to be done with Jayson Daniels filing.

5. The corrections were subsequently fixed and Mr. Daniels is receiving his discharge.

6. A lot of work was done on this case to justify the fee received of $450.00 (plus 1 dollar).

7. See attached email chain which documents that attorney Sheron Barton , requested debtor Jayson Daniels to list his monthly expenses so that schedule J could be completed.

8. Debtor Jayson Daniels never gave attorney a complete list of his monthly expenses to complete schedule J.

9. Trustee at the trial , listed the incompletion of schedule J as a primary reason to disgorge fees.

10. Attorney cannot create a schedule J without an appropriate listing of the monthly expenses.

11. Client at the time of retaining attorney did not supply all documents not did he complete his bankruptcy questionnaire.

12. Trustee stated that certain "core documents" should be filed. However, this cannot be done if attorney was not provided certain "core information' from the client.

For the reasons as follows attorney's Motion to Reconsider the Decision to Disgorge Fees Should Be Granted.


Respectfully,



/s/Sheron Barton Esq.

1025 Connecticut Ave, NW, Washington, DC 20036