

**Re: Your filing number is................**                                Friday, August 13, 2010 5:25 PM
**From:** "Jayson Daniels" <jld1976@gmail.com>
**To:** "sheron barton" <sheronbarton29@yahoo.com>

Thank you.

Sent from my iPhone

On Aug 13, 2010, at 14:04, sheron barton <sheronbarton29@yahoo.com> wrote:

> I can email you a follow up letter with your filing number.
> S
>
>
> --- On **Fri, 8/13/10, Jayson Daniels <dlj24@georgetown.edu>** wrote:
>
>> From: Jayson Daniels <dlj24@georgetown.edu>
>> Subject: Re: Your filing number is................
>> To: "sheron barton" <sheronbarton29@yahoo.com>
>> Date: Friday, August 13, 2010, 1:59 PM
>>
>> Ms. Barton,
>>  Is there any written documentation I can have for this for my employer and courts to stop the garnishments from happening.
>>
>> Thank you,
>> Jayson
>>
>> On Fri, Aug 13, 2010 at 1:47 PM, sheron barton <sheronbarton29@yahoo.com> wrote:
>>> Hello, your filing number is
>>>
>>> 
>>>
>>> *Please log back onto the Lexis client interview to put in your list of monthly expenses.
>>>
>>> Thanks
>>> AMR Bankruptcy Solutions PLLC
>>>
>>>
>>> --- On **Thu, 8/12/10, Jayson Daniels <dlj24@georgetown.edu>** wrote:
>>>
>>>> From: Jayson Daniels <dlj24@georgetown.edu>
>>>> Subject: Re: Status-please email me your social security number
>>>> To: "sheron barton" <sheronbarton29@yahoo.com>
>>>> Date: Thursday, August 12, 2010, 2:47 PM

SS# is [redacted]

On Thu, Aug 12, 2010 at 2:46 PM, sheron barton <sheronbarton29@yahoo.com> wrote:
> Status-please email me your social security number, then I can give you your filing number
> Thanks
>
> check out
>
> http://artaffectz.vpweb.com/
>
> --- On **Wed, 8/11/10, Jayson Daniels <dlj24@georgetown.edu>** wrote:
>
>> From: Jayson Daniels <dlj24@georgetown.edu>
>> Subject: Re: Status
>> To: "sheron barton" <sheronbarton29@yahoo.com>
>> Date: Wednesday, August 11, 2010, 4:48 PM
>>
>> Ms. Barton,
>>  Any news on the filing number?
>>
>> Thank you
>>
>> On Tue, Aug 10, 2010 at 11:51 AM, sheron barton <sheronbarton29@yahoo.com> wrote:
>>> I will check with my paralegal but he is supposed to be getting the filing number today and we can add the additional stuff later. I will be in touch
>>>
>>> Thanks
>>>
>>> --- On **Tue, 8/10/10, Jayson Daniels <dlj24@georgetown.edu>** wrote:
>>>
>>>> From: Jayson Daniels <dlj24@georgetown.edu>
>>>> Subject: Re: Status
>>>> To: "sheron barton" <sheronbarton29@yahoo.com>
>>>> Date: Tuesday, August 10, 2010, 11:27 AM
>>>>
>>>>
>>>> The spreadsheet I sent was all the expenses I have a month. What additional expenses where there?
>>>>
>>>>
>>>> On Tue, Aug 10, 2010 at 11:22 AM, sheron barton <sheronbarton29@yahoo.com> wrote:

Hello, good morning Mr. Daniels, I gave all of you rinformation to my paralegal he should be calling me today with your filing number. He also indicated that you did not fill out, or put in, all of your expenses.
Sheron

--- On **Sun, 8/8/10, Jayson Daniels** <dlj24@georgetown.edu> wrote:

> From: Jayson Daniels <dlj24@georgetown.edu>
> Subject: Re: Status
> To: "sheron barton" <sheronbarton29@yahoo.com>
> Date: Sunday, August 8, 2010, 5:50 PM
>
> Ms. Barton,
>   I am again checking on the status as we are now more than three weeks. You have give me assurances on two weeks and keep stating any day now. It has been past your time frame in which you have given me. I need to know if when you are going to file it. I need an actually date not a guess game on when its going to be done.
>
> Thank you,
> Jayson Daniels.
>
> On Wed, Aug 4, 2010 at 8:15 AM, sheron barton <sheronbarton29@yahoo.com> wrote:
>> Should be soon, possibly today, the filing system was down yesterday.
>>
>> --- On **Tue, 8/3/10, Jayson Daniels** <dlj24@georgetown.edu> wrote:
>>
>>> From: Jayson Daniels <dlj24@georgetown.edu>
>>> Subject: Status
>>> To: "sheron barton" <sheronbarton29@yahoo.com>
>>> Date: Tuesday, August 3,

2010, 2:54 PM

Ms. Barton,
 i was just checking in on the status. Since you gave me a 2 week window and it has gone by. I was just checking in to see the status.

Jayson Daniels.