The order below is hereby signed.

Signed: December 02, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

```
               UNITED STATES BANKRUPTCY COURT
                FOR THE DISTRICT OF COLUMBIA
```

In re                               )
                                    )
JAYSON L. DANIELS,                  )    Case No. 10-00799
                                    )    (Chapter 7)
          Debtor.                   )

ORDER DENYING MOTION OF THE DEBTOR'S COUNSEL, SHERON
BARTON, TO RECONSIDER DECISION TO DISGORGE FEES IN THIS CASE

It is

ORDERED that the Motion to Reconsider Decision to Disgorge Fees in This Case (Dkt. No. 69) is DENIED.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Chapter 7 Trustee; Office of United States Trustee.