The order below is hereby signed.

Signed: December 02, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
JAYSON L. DANIELS,                 )    Case No. 10-00799
                                   )    (Chapter 7)
          Debtor.                  )

ORDER DIRECTING THE DEBTOR'S
COUNSEL, SHERON BARTON, TO DISGORGE FEES

Pursuant to an oral decision of November 30, 2010, it is

ORDERED that by December 17, 2010, the debtor's attorney,
Sheron Barton, shall disgorge the $451.00 in fees that she
received in this case by delivering to the United States Trustee
a cashier's or certified check made payable to Jayson L. Daniels
in the amount of $451.00, and shall file a notice of compliance
with this order and serve the same on the debtor and the United
States Trustee.  It is further

ORDERED that the United States Trustee shall take steps to
deliver to the debtor the disgorged fees upon receipt of the

same.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Chapter 7 Trustee; Office
of United States Trustee.

G:\TERI\Judge Temp Docs\Daniels (Jayson) - Order to Disgorge Fees.wpd