CASE HEARING SUMMARY
(This is NOT an ORDER)

**FILED**

Date: 11/30/2010 Time: 09:30

NOV 3 0 2010

Clerk
U.S. Bankruptcy Court for D.C.

10-00799 Jayson L. Daniels : Chapter 7

Sheron A Barton representing Jayson L. Daniels (Debtor)
Wendell W. Webster (Trustee)
(no aty) representing U. S. Trustee for Region Four 11 (U.S.
Trustee)

[50] Disclosure of Compensation of Attorney for Debtor in
the Amount of $ 1,500 paid $450 thus far (includes filing
fee) Filed by Sheron A Barton Filed by on behalf of Sheron
Andrea Barton, Jayson L. Daniels.

Movant: Jayson Daniels Sheron Barton     BY S Barton; S Barton;

OTHER PERTINENT DOCKET ENTRIES:
30 debtors mtn to release atty
DE# 31 order to disgorge fees          DE# 58 order setting hearing
32 attys answer to DE 30-31
DE# 44 Order re: attys response        DE# _____
DE# 49 attys notice to court           DE# _____
DE# 56 attys motion to withdraw        DE# _____

DISPOSITIONS:
    Granted _____    Sustained _____   Denied _____
    Overruled _____  Withdrawn _____   Under Adv. _____
    Moot _____       Consent _____     Dismissed _____
    Continued to: _____, 20___, AT ___:___ ___.M.
    Proposed Order To Be Submitted By ___/___/___
         By [ ]Court  [ ]Movant  [ ]Opposing Party  [ ]Trustee []Jointly
DECISION:
[ ]  Signed by Court      [ ]  Filed by Counsel
[ ]  To be prepared by:
    [ ]  Movant's counsel          [ ]  Court
    [ ]  Respondent's counsel      [ ]  Other _____
NOTES:

_____
S. Martin Teel, Jr., United States Bankruptcy Judge